■ MANUEL I. QUINTANA, Respondent, v. WILLIAM J. REYNAL, Appellant.— Order, dated April 13, 1960, denying defendant's motion to dismiss the amended complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. It cannot be said that the amended complaint does not allege a joint venture. In such event the Statute of Frauds would not be applicable. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ EDWARD H. MORSCHAUSER et al., Appellants, v. AMERICAN NEWS COMPANY, Respondent.— Order, dated October 30, 1959, as grants defendant's motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice dismissing the first cause of action contained in the amended complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ HELEN SCHAEFER, Respondent, v. SAUL YELLIN, as President of Amalgamated Union Local 5, U. A. W., et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of FRANK EBERHART et al., Appellants, against ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order, dated February 3, 1960, denying petitioners' application for an order, pursuant to article 78 of the Civil Practice Act, annulling a final order of the State Rent Administrator and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of SOL S. H. SABOT, Appellant, v. CITY CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK et al., Respondents.— Order, dated April 6, 1960, denying petitioner's application for an order pursuant to article 78 of the Civil Practice Act, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [23 Misc 2d 200.]

■ In the Matter of ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., Appellant, v. CAROLINE K. SIMON, as Secretary of State, Respondent.— Order, dated April 1, 1960, denying petitioner's motion for an order of mandamus, pursuant to article 78 of the Civil Practice Act and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Motion for leave to file copies of article in *Howard Law Journal* and for other relief denied. The court has, however, considered the article in arriving at its decision. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESTER NOBLE, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ RUBY BRILL v. JOSEPH BRILL et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Stevens and Noonan, JJ.